IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                         DATE: 1-23-12

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ     CR. 07-259-04 (GAG)

C. REPORTER : EVILYS E. BRATHWAITE

INT : TOM KAVELIN           USPO : JEFFREY SEMIDEY/ WENDY MORENO
================================================================

UNITED STATES OF AMERICA          AUSA- JULIA DIAZ-REX
                                  AUSA- VERNON MILES

Plaintiff(s)

V.

DAVID CORDOVA-RUIZ                AFPD- MAURI DE WAUN GRAY

Defendant(s)
================================================================

CASE CALLED FOR FINAL REVOCATION HEARING. The parties agreed that defendant will admit guilt as to Failure to Report, a technical Class C violation. Arguments by both parties were heard. Honorable Judge Gelpí entered his findings that base on the evidence the supervised release term imposed on January 12, 2005 is hereby revoked. The Court proceeded to sentence defendant accordingly.

It is the judgment of the Court that defendant David Cordova-Ruiz is hereby committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of : Time Served. Defendant is placed on supervised release for a term of two (2) years. Defendant shall relocate outside of his actual place of residence within the next thirty (30) days. All terms and conditions are specified in the judgment form. The defendant is advised of his right to appeal, etc.

                                        S/ Carlos J. Rodríguez
                                        Deputy Clerk